Opinion issued August 4, 2026



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-26-00509-CV

———————————————

**JERMAINE LEDAY, Appellant**

**V.**

**CARMAX AUTO SUPERSTORES INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1219649**

---

## MEMORANDUM OPINION

Appellant Jermaine Leday has filed a motion to dismiss his appeal. In the certificate of conference, appellant states that appellee agrees to dismissal. We grant the motion.

We dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.